UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 2:14-cr-107-FtM-38MRM

BETTY SLOAN
a/k/a "Betty Holmes Sloan"
a/k/a "Betty Jean Holmes"
a/k/a "Betty Jean Evans"
a/k/a "Betty Evans Warren"

## FORFEITURE MONEY JUDGMENT

Before the Court is the United States' motion for a forfeiture money judgment against defendant Betty Sloan in the amount of $251,452.70, representing the amount of proceeds she obtained as a result of the theft of government funds belonging to the United States Social Security Administration, in violation of 18 U.S.C. § 641, as charged in Counts One and Two of the Indictment.

The defendant pleaded guilty to Counts One and Two, and the Court adjudged the defendant guilty of these offenses. Being fully advised of the relevant facts, the Court finds that the amount of proceeds Betty Sloan obtained as a result of Counts One and Two is $251,452.70.

Accordingly, it is **ORDERED** that the motion of the United States is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal

Procedure, defendant Betty Sloan is liable to the United States of America for a forfeiture money judgment in the amount of with his coconspirators for a forfeiture money judgment in the amount of $251,452.70.

Pursuant to Rule 32.2(b)(4) and the defendant's plea agreement (Doc. 23, p. 5), this order of forfeiture is final as to the defendant.

The Court retains jurisdiction to effect the forfeiture and disposition of any property belonging to the defendant which the United States is entitled to seek as substitute assets under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), up to and including the amount of $251,452.70.

**ORDERED** in Fort Myers, Florida, on August 17, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:  All Parties/Counsel of Record